In the United States District Court for the Western Division of Texas

**FILED**
August 28, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

Angel Resendez
#2170386

v.

Bryan Collier
Executive Director of TDCJ

Brandon Gregorey Rendon.

6:24-cv-00386

## Motion for Leve to File an Amended Complaint

Plaintiff Angel Eduardo RESENDEZ, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P. requests leave to file amended comlaints adding a party

- I wnauld like to ADD charges aiding and ebetting in RAPE, Att murder, oranized crime to all Defendants.

- Defendants that will be ADDED proceed As the Following:

From the TeRRele Unit (Ramsy 3)

- The plaintiff in original Complaint named a KNADIJAHM Kindel on paragraph 15 who infact her name is KNADIJA HM

  Pharagraphs 15, 16 are amended to reflect the Identity and the actions of officer KNADIJAHM Kindel


- RESENDEZ in original complaint named llamas BernaDetti on paragraph 15 who in fact her name is llamas BernaDetti

  Paragraph 15, 16 are amended to Reflect the IDenentity and the Actions of officer llamas BernaDetti

- Resendez in original complaint named warden ol Ralph mares on paragraph 15 who in fact name is Ralph mares

  paragraph 15, 16 are amended to reflect the Identity and the Actions of warden Ralph mares

- Rsendez in original complaint named warden 02 Bureson Carol AR on paragraph 15 who in fact is named Bureson Carol

Paragraph 15, 16 are amended to reflect the Identity and actions of warden 02 ~~Ralph Morales~~ AR Bureson Carol

All defendants fall under LAWS Rule and guidelines § 39.0121, AR § 39.04, sec 71.02 ART 2.15 ART 6.02, Att murer, ADDing $ Ebbethcy ORGANIZED CRIME

The court should grant leve freely to amend a complaint. Furman v Davis, 371 U.S. 178, 182 (1962)

8/23/24

Respectfully submitted
Angel Resendez

*[signature]*

French Robertson
12071 FM 3522
Abilene TX 79601

United States District Court
Western District of Texas

Angel Resendez
2170386

v

Bryan Collier, et, al
o
Inmate branden gregory
Rendon TDCJ#
61679567
o
Officers/At the Boyd unit
Staff TDCJ
Female - Officer Escobar new CTI
Female - Officer - Chavez co
Female - Officer - Garcia co
Female - Officer - Procter co
Female - Officer - Sims co
Male - Officer - Matthews co
Male - CTI Sargent Harrison
Male - Officer - Herman co
Male - Officer - Sherbert co
Male - Officer Sargent Tanner
Male - Officer Foalk co
Male - Sargent Ellis
Female - Nurse Jakson
Female - Dr Wilbur

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

SUMMONS

6:24-CV-00386

To the Above-Named Defendants:

You are hearby summoned and reqired to serve upon plaintiff, whose adress is

At the ~~French~~ Robertson unit PO 316 FM 3522, Abilene TX 79601 on answer to the complaint wich is here with serve upon you, within 20 Days after service of ths (AR) ~~so~~ summons upon you, exclusive of the day of service, or 60 days if the US gouerment or officer/agent there of is a defendant. If you fail to Do so, Judgement by default will be taken against you for the relief demanded in the complaint

UNITED STATES DIStrict Clerk ~~s~~ (AR)

_____
DATE

Angel RESENDEZ #02170386
FRENCH Robertson
12071 FM 3522
Abilene TX 79601

LEGAL
MAIL

ABILENE TX 796
26 AUG 2024 PM 2 L

RECEIVED
AUG 28 2024
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States Distr
Western District of tex
800 Franklin Ave
WACO TX 76701