Angel Eduardo Resendez
#2170386
v
Bryan Collior Executive Director
of TDCJ

Brandan gregorey Renden.

6:24-CV-00386

## Decleration for Entry of DEFAULT

Angel EDUARDO RESENDEZ, hearby Declare

I am the plaintiff herein. The complaint was filed on the 31 day of october 2023

The court files and Record herein show that the Defendants were served by united states marshal with a copy of summons and a copy of the plaintiffs complaint

more than 20 days have elapsed since the date the Defendants were served with the summons and a copy of paintiffs complaint

Defendants have failed to Answer or otherwise defend as to paintiffs complaints or serve a copy of any Answer or Any DEFENCE which might have had, upon Affiant

or other paintiff herein

Defendants are not in the military service and are not infants or incopetents

I Declare under the penalty of purdury that the following is true and correct, executed at Styles unit 12/7/24 at Stiles prizon 3060 FM 3514 Beaumount tx 77705-0000

Angel Resendec #2140386
Stiles unit
3060 FM 3514
Beaumount TX 77705-0000

Legal Mail



United States District Court
Western District of Texas
800 Franklin Ave Room 380
Waco TX 76701